# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William Junior Jacobs,

       Petitioner,                           JUDGMENT IN A CIVIL CASE

vs.                                               3:10-cv-323-1
                                                 (3:03-cr-36)

United States of America,

       Respondent.

DECISION BY COURT. This action having come before the Court by Motion to Vacate Set Aside, or Correct Sentence pursuant to 28 U.S.C.§ 2255 and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 19, 2010 Order.

                                                 Signed: July 19, 2010

                                                 Frank G. Johns, Clerk
                                                 United States District Court